**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**


KRISTEN SYKES,

       Plaintiff,

vs.                                  No. 3:16-cv-00019


MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY.

**STIPULATION OF DISMISSAL**

Comes now the Plaintiff, Kristen Sykes ("Plaintiff"), and Defendant,

Massachusetts Mutual Life Insurance Company ("Defendant"), by and through counsel,

and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure stipulate to

the dismissal, ***with prejudice,*** of this action, with each party to bear their own costs and

attorney fees.

RESPECTFULLY SUBMITTED this 31st day August, 2016.



| *ATTORNEYS FOR PLAINTIFF:* | *ATTORNEYS FOR MASSACHUSETTS LIFE INSURANCE COMPANY* |
|---|---|
| BERNSTEIN, STAIR & McADAMS LLP | MAYNARD, COOPER & GALE, PC (BIRMINGHAM) |
| By: _s/ C. Scott Taylor_<br>   C. SCOTT TAYLOR (BPR #021037)<br>   NATHANIEL H. EVANS (BPR #026292)<br>   BERNSTEIN, STAIR & McADAMS LLP<br>   116 Agnes Road<br>   Knoxville, Tennessee 37919<br>   Phone: (865) 546-8030<br>   Fax: (865) 522-8879<br>   E-MAIL: staylor@bsmlaw.com | By: _s/ Janine McKinnon McAdory_<br>   JANINE McKINNON McADORY<br>   *(Admitted Pro Hac Vice)*<br>   JEFFREY M GRANTHAM<br>   *(Admitted Pro Hac Vice)*<br>   JOHN D. COLLINS<br>   *(Admitted Pro Hac Vice)*<br>   1901 Sixth Avenue North<br>   2400 Regions/Harbert Plaza<br>   Birmingham, AL 35203-2618 |